**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

M.D., etc.,
    Plaintiff,

vs.                                       CASE NO. 8:09-CIV-438-T-17-TGW

UNITED STATES OF AMERICA,
    Defendant.
_____

ANNA RODRIGUEZ, etc.,
    Plaintiff

vs.                                       CASE NO. 8:09-CIV-439-T-17-TGW

UNITED STATES OF AMERICA,
    Defendant.
_____/

**ORDER**

This cause is before the Court on the agreed motion to consolidate cases (Docket No. 13). The Court finds the motion well-taken. Accordingly, it is

**ORDERED** that the agreed motion to consolidate cases (Docket No. 13) be **granted** and Case No. 8:09-CIV-439-T-17 shall be subsumed into the lower case number for all further purposes, 8:09-CIV-438-T-17, therefore, the Clerk of Court is directed to close Case No. 8:09-CIV-439-T-17 and terminate any pending motions. The new caption shall be M.D, a minor, by and through his guardian, Anna Rodriguez, and Anna Rodriguez, as personal representative of the Estate of Arlene Delgado, deceased, plaintiffs vs. United States of America, defendant. The plaintiffs shall file an amended complaint in Case No. 8:09-CIV-438, within five days of this date, to state all causes of action in one document. The parties shall file a Case Management Report on or before June 26, 2009.

DONE and ORDERED in Chambers, in Tampa, Florida, this 4th day of May, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record